IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAUL RODRIGUEZ,

           Plaintiff,

vs.                                                                                           1:22-cv-00032-KK-JMR

KAISER-FRANCIS OIL COMPANY and
FLOW TESTING, INC.,

           Defendants.

**ORDER RULING ON OBJECTIONS TO DEPOSITION DESIGNATIONS AND CROSS-DESIGNATIONS FOR (1) MATHIAS BENTLEY, (2) ERIC JONES, AND (3) JOSHUA KING**

Before the Court are the parties' objections to designated and cross-designated deposition testimony of (1) Mathias Bentley, (2) Eric Jones, and (3) Joshua King. (*See* Docs. 287, 299, 307, 314.) The Court issues its rulings on the parties' objections to each other's deposition designations for these three witnesses as specified herein.

**I.**     **Mathias Bentley**

Plaintiff designated parts of Mr. Bentley's deposition for presentation at trial. (*See* Doc. 279, 279-2.) Defendants objected to one part of Mr. Bentley's testimony and cross-designated additional parts of Mr. Bentley's deposition testimony. (*See* Doc. 299 at 2.) Plaintiff has not objected to any of Defendants' cross-designations (*see* Doc. 307), which will, therefore, be admitted. The Court rules on Defendants' objection to Mr. Bentley's testimony as follows:

| Plaintiff's Designation | Defendants' Objection | Court's Ruling |
|---|---|---|
| 61:22-64:4 (generally) | Subsequent Remedial Measures | Overruled. Rule 407 "does not require the exclusion of evidence of subsequent measures when offered for another purpose, such as . . . impeachment or –if disputed—proving the |

| | | feasibility of precautionary measures." Fed. R. Evid. 407 |
|---|---|---|

**II.     Eric Jones**

The parties each designated parts of Mr. Jones' deposition testimony for presentation at trial. (*See* Docs. 279, 279-6, 284.) Plaintiff additionally cross-designated parts of Mr. Jones' deposition. (*See* Doc. 288, 288-2.) The Court rules on the parties' respective objections to each other's designations as follows:

Rulings on Defendants' Objections to Plaintiff's Designations and
Cross-Designations for Mr. Jones (Docs. 299, 314)

| **Plaintiff's Designation / Cross-Designation** | **Defendants' Objection** | **Court's Ruling** |
|---|---|---|
| 32:15-32:19 | Foundation (no showing that witness has personal knowledge about valve bars used by all other workers at the location) | Sustained |
| 41:11-41:17 | Form (misstates testimony; witness already testified that "seized" is not the right word) | Overruled |
| 47:16 | Irrelevant | Sustained |
| 47:17-48:24 | Lack of foundation by witness's own admission | Sustained |
| 56:16-57:10 | Relevance (argument between counsel re scope of cross) | Sustained |

Rulings on Plaintiff's Objections to Defendants' Designations for Mr. Jones (Doc. 287)

| **Defendants' Designation** | **Plaintiff's Objection** | **Court's Ruling** |
|---|---|---|
| 6:10-7:1 | Exceeds scope of deposition | Overruled |
| 7:8-8:2 | Exceeds scope of deposition | Overruled |
| 8:21-9:21 | Exceeds scope of deposition | Overruled |
| 9:18-9:21 | Leading | Overruled |
| 12:8-13:12 | Exceeds scope of deposition | Overruled |
| 13:17-19:3 | Exceeds scope of deposition | Overruled |
| 14:22-14:25 | Hearsay; nonresponsive | Overruled as to 14:22 and 14:23 ("I am not sure if he |

| | | |
|---|---|---|
| | | did or not.") Otherwise sustained. |
| 15:1-15:4 | Leading | Sustained in part at to 15:1-2: From "Okay...like" is excluded. Otherwise overruled. |
| 18:8-18:9 | Nonresponsive | Overruled |
| 18:9-19:3 | Relevance | Overruled |
| 19:2-19:3 | Sidebar; no question asked | Sustained |
| 19:17-26:6 | Exceeds scope of deposition | Overruled |
| 21:13-21:23 | Leading; relevance | Overruled |
| 22:20-22:24 | Hearsay; leading | Sustained |
| 25:6-25:16 | Hearsay | Sustained |
| 25:24-26:6 | Leading; speculation | Sustained |
| 28:9-28:14 | Exceeds scope of deposition | Overruled |
| 28:9-28:14 | Leading | Overruled |
| 28:20-29:12 | Exceeds scope of deposition | Overruled |
| 28:20-29:12 | Sidebar and inclusion of objections | Sustained at to 28:21-22, 28:25, 29:1. |
| 27:3-27:4 | Sidebar | Sustained |
| 28:20-28:25 | Sidebar | Sustained |
| 29:6-29:8 | No question | Sustained |
| 40:3-47:8 | Exceeds scope of deposition | Overruled |
| 40:3-47:8 | Improper edits which includes objections and sidebar | Sustained – remove objections and sidebar |
| 48:25-52:3 | Exceeds scope of deposition | Overruled |
| 48:25-52:3 | Improper edits which includes objections and sidebar | Sustained – remove objections and sidebar |
| 52:9-56:14 | Exceeds scope of deposition | Overruled |
| 52:9-52:11 | Sidebar; relevance | Sustained |
| 52:25-53:4 | Leading | Overruled |
| 53:22-54:2 | Leading; compound; vague and/or ambiguous | Overruled |
| 56:5 | Improper edits which includes objections | Sustained – remove objections |
| 57:13-58:8 | Exceeds scope of deposition | Overruled |
| 58:4-58:7 | Lack of foundation | Sustained |

### III.     Joshua King

Plaintiff designated parts of Mr. King's deposition for presentation at trial. (*See* Doc. 279, 279-7.) Defendants objected to one part of Mr. King's testimony and cross-designated additional

3

parts of Mr. King's deposition testimony. (*See* Doc. 299 at 3.) Plaintiff has not objected to any of Defendants' cross-designations (*see* Doc. 307), which will, therefore, be admitted. The Court rules on Defendants' objection to Mr. King's testimony as follows:

| Plaintiff's Designation | Defendants' Objection | Court's Ruling |
| --- | --- | --- |
| 26:21-26:24 | Lack of foundation | Sustained – however, if the at issue photograph is admitted prior to Plaintiff presenting Mr. King's testimony, the Court will permit the testimony. |

\* \* \* \* \*

IT IS THEREFORE ORDERED that, as to any testimony to which a party objected and as to which the Court has sustained the objection as indicated above, the parties must remove the excluded testimony before presenting the witness's deposition testimony to the jury.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent